IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERCIA, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN LARMORE, <br><br> Defendants | Case No. 24-cr-00140 (PAE) |

### ORDER

Having considered Defendant Jonathan Lamore's second motion to adjourn the deadlines for motions *in limine*, the government's consent thereto, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that the deadline for motions *in limine* is adjourned to August 16, 2024, with responsive briefs due on August [~~September~~] 23, 2024, and any replies thereto due on August [~~September~~] 30, 2024.

7/26/24
Date

Paul A. Engelmayer
The Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York