UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                :

UNITED STATES OF AMERICA         :

                               :

           -v-                    :         24 Cr. 140 (PAE)

                               :

JONATHAN MOYNAHAN LARMORE,         :

               Defendant.      :         <u>VERDICT FORM</u>

                               :
------------------------------------------------------------------X

## PLEASE CHECK (√) YOUR ANSWERS AND FILL IN THE BLANKS

### *All Answers Must Be Unanimous*

1.      How do you find the defendant as to Count One (fraud in connection with a tender offer)?

              Guilty___✓____                Not Guilty_____

2.      How do you find the defendant as to Count Two (securities fraud)?

              Guilty___✓____                Not Guilty_____

           [*Please sign your names in the space provided on the next page, fill in the date, and inform the officer that you have reached a verdict.*]

After completing the form, each juror must sign below, reflecting his or her agreement with the forgoing verdict.

_____
Foreperson

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

Dated:    10/22/23