UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-                                   24-CR-140 (PAE)

JONATHAN MOYNAHAN LARMORE,            ORDER

                      Defendant.
------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

Attached to this Order are the following:

- Exhibit 1: The notes sent by the jury during its deliberations; and
- Exhibit 2: The jury's completed verdict form.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 22, 2024
      New York, New York

**EXHIBIT 1**

# JURY NOTE

1) Copy of tender offer #1163
2) Copy of press release #803, 804
3) ~~Address of Cole Capital Finance~~
4) ~~Address of Cole Capital~~
4) Larmore phone # 1301 - 1303
5) texts Larmore + Siegel #1309
6) #1343

Date: 10/21/23
Time: 4:20

Foreperson's signature

JURY NOTE 1

# JURY NOTE

We have reached a verdict

Date: 10/22/23
Time: 10:25

Jury Note 2

Foreperson's signature

**EXHIBIT 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                  :

UNITED STATES OF AMERICA                        :

                -v-                                         :          24 Cr. 140 (PAE)

JONATHAN MOYNAHAN LARMORE,         :

                     Defendant.                   :          <u>VERDICT FORM</u>

------------------------------------------------------------------X

**PLEASE CHECK (√) YOUR ANSWERS AND FILL IN THE BLANKS**

*All Answers Must Be Unanimous*

1. How do you find the defendant as to Count One (fraud in connection with a tender offer)?

    Guilty __√__               Not Guilty _____

2. How do you find the defendant as to Count Two (securities fraud)?

    Guilty __√__               Not Guilty _____

[*Please sign your names in the space provided on the next page, fill in the date, and inform the officer that you have reached a verdict.*]

After completing the form, each juror must sign below, reflecting his or her agreement with the forgoing verdict.

_____    _____
Foreperson                                  Rachel Bell

_____    _____
                                            Nick Devoghel

_____    _____
                                            Anthony Bei

_____    _____
                                            L. Bello

_____    _____

_____    _____

Dated: 10/22/23